IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DIAMOND JENKINS-RAYBORN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:25-cv-02155-SHL-tmp |
| ) | |
| TRANSUNION, LLC, ) | |
| ) | |
| Defendant. ) | |

# JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's complaint (ECF No. 1), filed February 12, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice (ECF No. 10), filed August 13, 2025, all of Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

August 14, 2025
Date